# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Colonial Park Care Center, LLC,    :
                   Petitioner    :
                             :
            v.          :    Nos. 1604 and 1605 C.D. 2014
                             :
Department of Public Welfare,    :
                   Respondent    :

## O R D E R

AND NOW, this 17th day of September, 2015, IT IS HEREBY ORDERED that the above-captioned opinion filed July 21, 2015, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

_____
**BONNIE BRIGANCE LEADBETTER,**
Judge